In the Matter of the Claim of JOSEPH WELSCHER, Respondent, against F. & M. SCHAEFER BREWING COMPANY et al., Appellants, and J. T. TROMMER BREWING COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Bergan, Coon.
Halpern and Zeller, JJ., concur.